Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Steven D. Spencer**
215.963.5714
sspencer@morganlewis.com

November 23, 2009

### VIA ELECTRONIC FILING

Honorable Sandra J. Feuerstein
United States District Judge
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: *Vacca, et al. v. Imperial Parking, Inc. et al.*, Case No. 09-CV-3361

Dear Judge Feuerstein:

We are pleased to inform Your Honor that the parties in the above-referenced case have reached an agreement in principle to settle the case. Plaintiffs' counsel, Susan Bruno, Esquire, and I are working to reduce our agreement in principle to a mutually acceptable written agreement and release. Upon execution of the final settlement agreement, the parties will file a joint stipulation of dismissal.

Please let us know if you need anything further.

Respectfully submitted,

*Steven D. Spencer*
Steven D. Spencer

cc:   Susan Bruno, Esq.

1-NY/1998595.4